STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

DANIEL KASSABIAN (CABN 215249)
Special Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5051
    FAX: (408) 535-5066
    Email: daniel.kassabian@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 21-00335 NC |
| Plaintiff, | NOTICE OF DISMISSAL; ORDER |
| v. | |
| DAYNE KEMP, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Information against defendant Dayne Kemp. The case will be resolved as an infraction on the Central Violations Bureau calendar.

DATED: February 6, 2022                           Respectfully submitted,

                                                                         STEPHANIE M. HINDS
                                                                         United States Attorney

                                                                         /s/
                                                                        DANIEL N. KASSABIAN
                                                                         Special Assistant United States Attorney

1  Leave is granted to the government to dismiss the Information against defendant Dayne Kemp.

3  DATED: February 7, 2022

                                            _____
                                            HONORABLE NATHANAEL COUSINS
                                            United States Magistrate Judge

**GRANTED**
Judge Nathanael M. Cousins